# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| **WIRELESS RECOGNITION** | ) | |
| **TECHNOLOGIES LLC,** | ) | |
| | ) | **CIVIL NO.  2:10-CV-00364-TJW-CE** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **JURY TRIAL DEMAND** |
| | ) | |
| **A9.COM, INC., AMAZON.COM, INC.,** | ) | |
| **GOOGLE INC., NOKIA, INC., and** | ) | |
| **RICOH INNOVATIONS, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**<u>DECLARATION OF FRANK WAGNER</u>**
**<u>IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER</u>**

I, Frank Wagner, declare:

1.    I am currently employed at Google Inc., where I have been employed continuously since 2007. My position at Google is Director of Compensation. I provide this declaration in support of Defendants' joint motion to transfer this case from the Eastern District of Texas to the Northern District of California. Unless otherwise indicated below, the statements in this declaration are based upon my personal knowledge and investigation or upon corporate records maintained by Google in the ordinary course of business. I am over 18 years of age and if called upon to testify in this matter, would affirm the truthfulness of each statement.

2.    I understand that Wireless Recognition Technologies, LLC has accused two Google applications, Google Goggles and Google Shopper, of patent infringement.

3.    Google is a Delaware corporation with its headquarters and principal place of business in Mountain View, California, which is located in the Northern District of California.

4.    Google employs roughly 24,000 people worldwide. None of those employees work in the Eastern District of Texas. None of the employees that are responsible for the research, design, and development of Google Shopper or Google Goggles are located in Texas.

5.    Accordingly, upon information and belief, there are no foreseeable Google internal documents, electronically stored information, or tangible things, physically present within the Eastern District of Texas.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this _10th_ day of March, 2011 at Mountain View, California.


Frank Wagner

1

DM_US:23672294_1